FILED - GR
October 31, 2022 2:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB /11-1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Quentin Bernard Stewart JR.

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:22-cv-1018
Phillip J. Green
U.S. Magistrate Judge

v.

Sheriff Paul Bailey
nurse Kelly
C/O tarnowski
C/O Soper
C/O warmman

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I.  **Previous Lawsuits**
    **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

    A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

    B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

        1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

        2.  Is the action still pending?   Yes ☐   No ☒
            a.  If your answer was no, state precisely how the action was resolved: _____

        3.  Did you appeal the decision?   Yes ☐   No ☒
        4.  Is the appeal still pending?   Yes ☐   No ☒
            a.  If not pending, what was the decision on appeal? _____

        5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐
            a.  If so, explain: _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: **Quentin Bernard Stewart JR.**
Place of Present Confinement: **Berrien County Jail 2F Cell #2**
Address: **919 Port Street St. Joseph Michigan 49085**
Place of Confinement During Events Described in Complaint: **Booking Area 0600**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1: **Paul Bailey**
Position or Title: **Sheriff**
Place of Employment: **Berrien County Jail**
Address: **919 Port Street St. Joseph Michigan 49085**
Official and/or personal capacity? **Official**

Name of Defendant #2: **Soper**
Position or Title: **C/O**
Place of Employment: **Berrien County Jail**
Address: **919 Port Street St. Joseph Michigan 49085**
Official and/or personal capacity? **Official**

Name of Defendant #3: **Nurse Kelly**
Position or Title: **Nurse**
Place of Employment: **Berrien County Jail**
Address: **919 Port Street St. Joseph Michigan 49085**
Official and/or personal capacity? **Official**

Name of Defendant #4: **C/O Warmman**
Position or Title: **C/O**
Place of Employment: **Berrien County Jail**
Address: **919 Port Street St. Joseph Michigan 49085**
Official and/or personal capacity? **Official**

Name of Defendant #5: **Tarnowski**
Position or Title: **C/O**
Place of Employment: **Berrien County Jail**
Address: **919 Port Street St. Joseph Michigan 49085**
Official and/or personal capacity? **Official**

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On october 4th 2022 at 7:30 Med Pass or a lil bit before I had a seizure in the booking area of the jail. I fell and hit my head and c/o warmman and 2 nurses that were new and I didn't know rushed in after me having my episode and stood over the top of me. After having my episode I was not placed on observation for 24 hrs. like I was supposed to be. around 4p.m. I was moved upstairs to 2f on the top floor cell #2 and with my seizures I'm supposed to be on the bottom floor. On october 20th 2022 nurse kelly came around while I was at school and the inmates I lock with told nurse Kelly I was at school. and will be back at 8:30. at 9:00 lockdown I asked c/o soper If he could tell the nurse I didn't get my meds, he said he would advise the nurse because I asked If she was still here. At 10:00 I asked again for my meds which was the same c/o soper and he told me that he was about to leave and the next shift will be coming on. When the next shift did the next round at 11:00pm c/o tarnowski, I told him can you get the nurse to bring me my meds. he said he would advise the nurse. at 12:00 rounds before the lights went off, hey can I get my meds he said he would tell the nurse. at 1:00 I asked him again, hey can I get my meds It's for my PTSD and nightmares and depression. and he then told me that he don't run this floor and nurse kelly already wrote me down as a refusal for my meds, and I didn't refuse my meds. I was only at school and then came back. The nurse don't leave until 5:30 am and there wasn't one reason she couldn't bring me my meds.

NAME: Quentin Stewart

TO: See attached Page 2

LOCATION: B_____ C_____ (or) Dorm 2F

919 Port Street, St. Joseph, Michigan 49085

JAIL INFORMATION: (269) 982-8670

DATE: 10/25/22

On Oct. 4th when I had a seizure I was not observed for 24 hrs. they put me straight in population in 2f around 4 p.m. with inmate travell weakley, my witness, to the move and the seizure and when I asked for my medicine 3 to 4 times. Which they never brought it. It's neglect to my wellbeing for me not to have my meds and anything could have happened to me from me not getting my meds. I suffered from pain from me hitting my head and had headaches. The medications I take are (manipress) for my PTSD. I take (abilify) for my mood swings and I take a (boostbar) for my anxiety and depression. these are all the medications I take at night that nurse Kelly refused to bring to me and said I refused. and c/o warmman acted as a nurse and proped me up and told me not to move, and the nurses barely did anything Sheriff Bailey is over all these untrained staff and that's why he's accountable.

Signed: Quentin Stewart

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I am suing for 4.1 million dollars for pain and suffering, malpractice, negligence and neglect for the well being of my care. I could have died from the concussion I had when I hit my head and I felt a lump on my head and didn't even recieve an ice pack.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[x] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

10/25/22
**Date**

*[signature]*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

NAME Quentin Stewart
LOCATION 2F Cell #2

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085



GRAND RAPIDS MI 493
27 OCT 2022 PM 1 L

U.S. District Court
399 Federal building 110 Michigan N.W.
Grand Rapids, MI 49503

49503-236399

Upon my release the
Address will be
116 Hill borough st.
Hartford, MI
49057