UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

QUENTIN STEWART,

        Plaintiff,            Case No. 1:22-cv-1018

v.                                 Honorable Phillip J. Green

PAUL BAILEY, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.


Dated:  January 18, 2023           /s/ Phillip J. Green
                                           PHILLIP J. GREEN
                                           United States Magistrate Judge